IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| JANE DOE (S.E.S., an individual) | : | |
| | : | |
| v. | : | Civil Action No. DKC 24-3776 |
| | : | |
| CHOICE HOTELS INTERNATIONAL, INC., et al. | : | |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 25th day of November, 2025, by the United States District Court for the District of Maryland, ORDERED that:

1.   The motion to transfer venue or, in the alternative, to dismiss filed by Defendants Choice Hotels International, Inc. and Choice Hotels International Service Corp. (ECF No. 18) BE, and the same hereby IS, GRANTED IN PART and DENIED IN PART as described below;

2.   The motion to transfer venue to the United States District Court for the Southern District of Alabama filed by Defendants Choice Hotels International, Inc. and Choice Hotels International Service Corp. pursuant to 28 U.S.C. § 1404(a) (ECF No. 18) BE, and the same hereby IS, GRANTED;

3.    The motion to dismiss for improper venue under Fed.R.Civ.P. 12(b)(3) or, in the alternative, to transfer venue to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1406 (ECF No. 18) BE, and the same hereby IS, DENIED as moot;

4.    The alternative motion to dismiss filed by Defendants Choice Hotels International, Inc. and Choice Hotels International Service Corp. (ECF No. 18), the correspondence filed by Trent Hall (ECF No. 21), and the motion for leave to file a second amended complaint filed by Plaintiff Jane Doe (ECF No. 23) remain for resolution in the transferee district;

5.    This case BE, and the same hereby IS, TRANSFERRED to the United States District Court for the Southern District of Alabama;

6.    The clerk will take all necessary steps to effectuate the transfer promptly, transmit copies of the Memorandum Opinion and this Order to counsel for the parties, and CLOSE this case.

                                        _____/s/_____
                                        DEBORAH K. CHASANOW
                                        United States District Judge

2